# United States Court of Appeals
## For the First Circuit

Nos. 22-1297, 22-1609

UNITED STATES OF AMERICA,

Appellee,

v.

PAUL IWUANYANWU,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 30, 2023, is amended as follows:

On page 2, line 11, replace "months" with "months'"

On page 2, line 12, lower case "Sentencing"

On page 2, last line, replace "a business email compromise ("BEC") scheme" with "a BEC scheme"

On page 9, line 9, replace "months" with "months'"